AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cr-00681 |
| Marianna Levin | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marianna Levin.

Date: 12/22/2020

s/Alexandra Conlon
*Attorney's signature*

Alexandra Conlon -BAR #5331855
*Printed name and bar number*

Kaplan Hecker and Fink
350 Fifth Avenue, Suite 7110
New York, NY 10118
*Address*

aconlon@kaplanhecker.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*