March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

MARIANNA LEVIN          ,
                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC) (__)

Defendant MARIANNA LEVIN _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Marianna Levin
*Digitally signed by Marianna Levin*
*Date: 2020.12.20 22:45:21 -05'00'*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Marianna Levin**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/2̶0̶/2020  22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge