# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2540
DIRECT EMAIL   aconlon@kaplanhecker.com

January 6, 2021

**VIA ECF**

Honorable John Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

Re: *U.S.A.* v. *Levin*, 1:20-cr-00681-JPC

Dear Judge Cronan:

I write with the consent of the Government to request a one-week extension for Ms. Levin to identify a third co-signor for her personal recognizance bond. This is our second request for extension.

Ms. Levin was released on a personal recognizance bond in the amount of $200,000 on December 16, 2020. The Court directed Ms. Levin to identify three co-signors for her bond by December 30, 2020. On January 4, 2021, the Court granted Ms. Levin's request for an extension to identify a third co-signor for her bond until January 6, 2021.

In support of this request, we note that Ms. Levin has already identified two co-signors, both of whom have already been interviewed by the Government. Ms. Levin has had difficulty identifying a third co-signer who is acceptable to the Government, but believes she has identified a third person who would be willing to sign. Additionally, Ms. Levin has surrendered her passport to the Government and is complying with all other terms of her pretrial release.

Respectfully submitted,

*Alexandra Conlon*

Alexandra Conlon

It is hereby ORDERED that Defendant Levin's request is GRANTED. Defendant Levin shall have until January 13, 2021 to identify a third co-signor for her bond.

SO ORDERED.

Date:   January 7, 2021
          New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc: (by email)

Daniel George Nessim
*Assistant United States Attorney*

Nicholas William Chiuchiolo
*Assistant United States Attorney*

Nicholas Folly
*Assistant United States Attorney*

Esereosonobrughue Joy Onaodowan
*Counsel for Tetyana Golyak*

Michael Craig Farkas
*Counsel for Elena Lokshin*

Mark Steven DeMarco
*Counsel for Svitlana Rohulya*

Matthew Daniel Myers
*Counsel for Marina Zak*

Rovshan Chingiz Sharifov
Victor L Shulov
*Counsel for Alina Kuptsova*

Julie Rendelman
*Counsel for Malihja Ijaz*

Margaret M. Shalley
*Counsel for Makhinbonu Narzullaeva*

Michael H. Sporn
*Counsel for Natalya Shvarts*

Albert Yukhanan Dayan
*Counsel for Inna Gekelman*