March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Marianna Levin          ,

        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (__) (__)

Defendant __Marianna Levin_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Marianna Levin
*Marianna Levin 2021.03.05 18:18:09 -05'00'*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Marianna Levin**
_____
Print Defendant's Name

Alexandra Conlon
*Digitally signed by Alexandra Conlon*
*Date: 2021.03.06 21:39:01 -05'00'*
_____
Defense Counsel's Signature

**Alexandra Conlon**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__3/8/2021_____
Date

_____[signature]_____
U.S. District Judge/U.S. Magistrate Judge