**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

September 9, 2022

**BY ECF**

The Honorable John Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

     Re:  *United States v. Marianna Levin*, No. 20-cr-00681 (JC) (S.D.N.Y.)

Dear Judge Cronan:

  We represent Marianna Levin in the above-captioned action. We write with the consent of the government to seek an adjournment of Ms. Levin's sentencing, which is currently scheduled to take place on September 26, 2022, at 10:00 a.m. This is Ms. Levin's first request to adjourn her sentencing.

  Ms. Levin seeks to adjourn her sentencing in observance the Jewish holiday of Rosh Hashanah. Following Rosh Hashanah are two other Jewish holidays—Yom Kippur and Sukkot—both of which Ms. Levin also observes. As such, we respectfully request that the Court adjourn the September 26, 2022 sentencing by 28 days—to October 24, 2022.

  To correspond with the adjourned sentencing date, we respectfully request, with the government's consent, that the September 12, 2022 sentencing submission deadline for Ms. Levin be adjourned to October 10, 2022, and the government sentencing submission be adjourned to October 17, 2022.

  Thank you for your attention to this matter.

                    Respectfully submitted,

                    Sean Hecker

## KAPLAN HECKER & FINK LLP

2

Jenna M. Dabbs
Molly Webster
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
mwebster@kaplanhecker.com

cc: AUSAs Nicholas William Chiuchiolo, Nicholas Folly, and Daniel George Nessim (via ECF)

The request is granted. The sentencing scheduled for September 26, 2022 is adjourned until October 27, 2022 at 2:30 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. The deadline for Defendant to file her sentencing submission is adjourned until October 13, 2022. The deadline for the Government to file its sentencing submission is adjourned until October 20, 2022.

SO ORDERED.
Date: September 12, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge