**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0889
DIRECT EMAIL  shecker@kaplanhecker.com

October 5, 2022

**BY ECF**

The Honorable John Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

     Re: *United States v. Marianna Levin*, No. 20-cr-00681 (JC) (S.D.N.Y.)

Dear Judge Cronan:

  We represent Marianna Levin in the above-captioned action. We write with the consent of the government to seek an adjournment of the deadlines for the sentencing submissions in connection with Ms. Levin's sentencing, which is currently scheduled to take place on January 6, 2023 at 10:00 am.

  On September 26, 2022, the Court granted the parties' joint request to adjourn Ms. Levin's sentencing due to her counsel's and the government's trials throughout the fall. *See* ECF No. 280. That endorsement did not state whether the corresponding deadlines for sentencing submissions, currently due October 13, 2022 for Ms. Levin and October 20, 2022 for the government, should also be adjourned to reflect the new sentencing date.

  Accordingly, Ms. Levin, with the government's consent, requests that the deadlines for the sentencing submissions for Ms. Levin be due December 23, 2022 for Ms. Levin, and December 30, 2022 for the government (two weeks and one week prior to her sentencing, respectively). *See* Judge John P. Cronan Individual Rules and Practices in Criminal Cases, Rule 8(A).

  Thank you for your attention to this matter.

                  Respectfully submitted,

                  Sean Hecker

KAPLAN HECKER & FINK LLP

2

        Jenna M. Dabbs
        Molly K. Webster
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, 63rd Floor
        New York, New York 10118
        Telephone: (212) 763-0883
        Facsimile: (212) 564-0883
        shecker@kaplanhecker.com
        jdabbs@kaplanhecker.com
        mwebster@kaplanhecker.com

cc:    AUSAs Nicholas William Chiuchiolo, Nicholas Folly, and Daniel George Nessim (via ECF)

The request is granted. Defendant shall file her sentencing submission by December 23, 2022. The Government shall file its sentencing submission by December 30, 2022. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 283.

SO ORDERED.
Date: October 6, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge