

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Marianna Levin*, S1 20 Cr. 681 (JPC)

Dear Judge Cronan:

    The Government respectfully writes to request an adjournment of defendant Marianna Levin's sentencing, which is currently scheduled for January 6, 2023. Due to a scheduling conflict, the undersigned Assistant United States Attorney is unavailable on January 6. After conferring with defense counsel and the Court's deputy, the Government requests that the sentencing be rescheduled to February 1, 2023, and that the deadlines for sentencing submissions be adjourned in accordance with section eight of Your Honor's individual rules of practice.

The request is granted. The sentencing currently scheduled for January 6, 2023 is adjourned until February 1, 2023 at 2:00 p.m. Defendant shall file her sentencing submission by January 18, 2023. The Government shall file its sentencing submission by January 25, 2023.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 323.

SO ORDERED.
Date: December 19, 2022
New York, New York

                JOHN P. CRONAN
              United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc:  all counsel of record (by ECF)