# EXHIBIT A

January 18, 2023

Dear Judge Cronan:

My name is Marianna Levin. I was born in Skvira, a small city in Ukraine. Since I was a child, I have watched and cared for house animals, such as kittens, puppies, chicks, and even calves. I liked to see how they grew from weak and dependent into mature and robust animals. From a young age, I set my goal to become a caregiver. The closest medical school was in the nearby town; I finished their nursing faculty and worked as a young nurse in the city factory. I wanted to attend the medical school. In Ukraine, being a girl and Jewish meant that I could not become a doctor. I began working as a nurse full time when I was 21. I was unsure about my future career when I arrived in the United States of America as a refugee. Like any newcomer, I had fears and uncertainties about my future occupation. My new country offered many options, and there were many ways for me. But first, I started to learn English; I attended a local school where new Americans learned English and United States history. My friend, a co-student, helped me to find my first job. I worked as an assistant in Bikur Holim, after-labor care in the Jewish Hasidic community in Brooklyn. At work, I learned that nurses in the United States are respectable workers because nurses in the US health system are people who provide genuine care that heal people. Even though I had to begin college and study classes again, I remember that feeling of great satisfaction when someone dependent or ill became stronger and healthier due to your actions. Therefore, I chose nursing as my life profession.

I worked and attended college at the same time I was working full-time. It was a hard journey to be a full-time student and work. Thanks to my family and husband for their unending support, I became a registered nurse after four years of studying. From the beginning, I wanted a clinical job, directly helping patients, so I would be in the field where caring and healing are prioritized tasks. I was fortunate to get my first job as RN on the neurological floor at the Joint Diseases Hospital. I worked there for more than two years. It was a priceless experience not only because I gained clinical knowledge in all aspects of human care and learned to make reasonable and timely decisions, but because I saved someone's life during a night shift, and it was amazing. I witnessed and participated in healing not only the body but the soul of the people. Clients who were depressed and hopeless have been cured and got a better life. Our shifts were usually busy; I often received a double shift. I was always tired after.

I remember the attack on NYC on September 11. I was at my job for three straight days; it was the most challenging for me. All the transportation was not working, so no other shift was able to take over and I could not get home. We also had a staffing shortage but no one could get to the hospital to help. I saw open fractures, flesh, blood, and pain. I felt incredibly scared from the attack and what I saw. But I did not have time to show it, I needed to help a lot of people, just do my job. It was really stressful to cope with what I saw, emotionally, after I left the hospital.

While working in hospitals, I had to lift and carry patients a lot, and I am not a big person; I hurt my spine and decided that I should change my job. I had gotten my Master's degree in Health Administration and wanted to try myself on the streets of the city's neighborhoods by doing nursing visits to the community. I served and visited all areas in Brooklyn, many places in

Manhattan, and the Bronx. For over fifteen years, I performed diabetes treatment, wound care, medication preparation and administration, and all other things that a visiting RN does every day. I visited nursing homes and hospitals and prepared patients and families for a safe return to their homes. I helped patients avoid amputations, heal their bed ulcers, and tend to firearm wounds. I am proud that I was capable of doing visits under any circumstances.

During all the winter storms that happened in New York City, while I was a visiting nurse, I performed nursing visits. During a city blackout in 2003, elevators in buildings did not work, and most of the patients lived in multi-storied buildings, so I had to walk many flights of stairs those two days. I remember clients of the Mental Care facility that used to be located on the Coney Island beachfront. I did insulin injections for members of this place. Working with mental clients is always tricky, but I found a way that helped me do medications. One liked apple juice; with another patient, I must play a word game, and if the patient won, he was allowed to do the insulin shot. He always won the game. Hurricane Sandy washed that place away. Members were evacuated, but I did not know where. It was chaotic; telephone lines were busy, nobody knew where they were relocated to, and I had difficulty locating my clients. I found them in one of the nursing homes, so I grabbed an apple juice and warm socks as one of the clients let me do insulin shots only when she was wearing warm sacks. I was unsure if she had time to get the shot during the evacuation.

As my experience increased, I was invited to work as Director of Business Development at Always Home Care. While I enjoyed the work, it was less stimulating than my previous employment, as I dealt primarily with staff management and organization as opposed to patients. Occasionally, I did nursing visits but more as a supervisor and an educator. I thought that my knowledge made me capable of building my own business, which I wanted to do to keep building my career and support my family. So, I started my own home health care agency, Life Quality. I attempted to create a place where workers had appropriate employment and clients received the proper care. From then on, I was occupied with two jobs, elderly parents and family needs.

My biggest accomplishment is my family. I always allocate time for my husband, parents, and children during that period. I am incredibly proud of my children. My oldest son got a degree and started to work in the hospital. My youngest wants to be like me and work in the medical profession. He is an 'A' student and a bright boy who has all the chances to become a professional in that field.

While I am proud of the business I at first built, I know that I went the wrong direction when I became engaged in the no-show scheme.  I feel great remorse for my actions and everyone it has hurt. I did not watch my staff close enough and when I understood what was happening I did not put a stop to it. My home health care business did not use Medicaid properly for these patients and I am very sorry for that. I understand how my actions hurt my business and hurt the government. As the owner of the business, I take responsibility for my employees and what happened.

I even dreamed of going on and becoming a nurse practitioner. I only needed a few classes, complete practice exams, and to pass a board exam. It sounds like a lot, but I knew that I could accomplish it. But my actions have made that nearly impossible and I now understand that I ruined my dreams and all I had accomplished when I did not manage my staff or put a stop to this scheme. I have no business; I am unemployed and broken inside. My mother, who knows me better than anyone, is too sick to fully understand the situation, but knows something has gone terribly wrong. ███████████████████████████████████████. The way my actions have affected my family will always be my deepest regret of all.  I am a nurse by heart and profession and  hope that I will one day be able to return to serve my community as the healthcare provider as I did in the past.

Dear Judge, please demonstrate forgiveness so I can start a new chapter of my life with peace in my heart and a feeling of justice.

Sincerely,

Marianna Levin

# EXHIBIT B

My wife is a wonderful person to me, and others received aid from her. As long as I know, she helps others and does not run for her own profit.

I met Marianna in 1996; after a month of dating, I proposed, and she agreed. Since then, I have regretted anything and have been happy with my wife. She is a perfect wife. I am confident that we have built a good family. Our two sons, both her parents and I, immensely enjoy and are satisfied with living next to Marianna.

She was in college, getting her nursing degree, when I met her. Also, a few nights a week, she worked as a nurse helper in a childcare center. After college, she worked as a Register Nurse in the hospital; then, she performed RN visits for city residents. Her career grew; finally, she functioned as a director and opened her own Home Care Agency.

All her career paths went in front of me. When she was a nurse in the hospital, she got home from work very late, well after midnight. On the morning of the tragic day of 9/11, she was on her shift in the hospital and remained there for a few nights, working with wounded people. The work was physically hard; she was always tired. She complained about her spine ache but never about her patients. I heard only words of sympathy from her about her hospital clients.

As she started her nurse visits in the city boroughs, I often accompanied her there. Visits were everywhere, in all areas, and some places were criminally dangerous. I felt scared whenever she entered somebody's apartment, and I was waiting for her outside, next to the door. Sometimes people showed aggression and confrontation. It was very discomfiting. However, Marianna's friendly and calming actions never led to outrage. My wife is not a tall, fragile woman. Nevertheless, she performed RN visits during all storm breaks, when cars were covered by snow on the roofs. I saw how she walked, rolling through the snowdrifts from my vehicle to the patient's houses.

Her commitment to work and experience placed her in the home care agency in the director position. Following her ideas, she opened a home care agency. She was able to build a functional team. She trains each member personally, so clients receive proper home care. The agency team functioned well, and I witnessed how the staff respected her for her openness to help or to show how to solve any situation that could happen during business operations.

She is good to others as well as good to close one. My parents accepted her as a true daughter and always reached her first, not me, for their daily living concerns. She consulted them on their medication, talked with doctors, and often organized and attended medical appointments with them. She raised two great sons. The oldest, Daniel, is almost complete as a whole person, as we see. He is wholesome, well-educated, and kind to our grandparents and us. He is working in the hospital as a pharmacist.

The only thing my wife worries about, like any Jewish mother, is finding a lovely bride for him. She believes when we raise healthy boys, give them a good education, and teach them by example, they will be able to build beautiful families and be good members of society. Our youngest son J████ has a mother's special love. He is a good student and sport in his first year of high school. Now that J███ is more independent and spends more time out of our home, my wife is greatly concerned about her son's environment and is trying to be involved in his everyday life.

Her parents are significantly dependent on her. Marianna is doing all home care tasks for her elderly parents. She presumes in all: shopping, medical regimen, and doctor visits. She is taking both parents

out, when possible, to keep them active. They live with us and know their daughter is in crisis. ████
████████████████████████████████████████████████████████████
████████████████████████████████████████

She inspired me to change my career. I was in the IT business; I have many specialties: programming, website building, network engineering, and administrating. I liked working with machines. But she convinced me with her example that working for people and helping them will make me feel great because I will receive appreciation every day from my clients, which is an excellent feeling for your soul. Besides, helping those who need it is noble, and the patient's family and others respect this profession. So, I became a licensed practical nurse. Her suggestion was right for me; I like this job; it is beneficiary in many ways, and I am grateful to my wife for that.

Marianna's presence with us will benefit us in many ways. My wife is a good member of society and continues to be so.

Please take into consideration all I wrote about my dear wife.


Sincerely,

Igor Levin

# EXHIBIT C

To Whom It May Concern,

I am writing to inform you of the character of my mother, Marianna Levin. She raised me for 24 years, and from the beginning, she has engrained into me countless virtuous traits. Among other numerous moral characteristics, she is hardworking, fair, and loving. As long as I have been, I've tried to live my life as she would. Since I was young, she taught me to care for others, so much so that I've gone to work in the same field as her to serve best those who need it most.

Growing up, she worked as a nurse, working late hours to tend to those who were in the most need. She constantly worked, always saving and striving to provide the things she knew they deserved for her family. She would come home tired and beaten and still take care of me. She worked tirelessly to help provide, not just to take care of me but also for the rest of her family. Growing up, we lived in a small apartment with her parents. I remember going with her to home visits to her patients when she worked as a home visit nurse. Seeing how she cared for her patients and how much they loved her was something else. I remember seeing how much she loved her patients and how hard she worked to ensure they were as comfortable as possible. I remember how she would talk with them and laugh with them. Whenever we left their homes, they would always have a smile on their faces and wished that she would visit again soon. Seeing how she worked and cared inspired me to follow in her footsteps to be someone who works to take care of others.

Once her business opened up, she dedicated her life to it. She was up day and night striving to make it successful. She stayed up countless nights trying to fix the problems of the day. Every day that she went to work, I saw how respected she was by her employees and how she would make sure that they were doing the right things. This woman earned countless people's love and loyalty by being the best and most hardworking person she could be. No matter how bad or hectic things may have been, she was always smiling and looking forward, something I took to heart and tried to emulate as much as possible. She never had a day off; even on vacations, she was constantly on her phone solving issues, giving advice, and helping people even when she deserved to relax. In the past few years, I don't remember a single time when she was able to truly relax without having to put out a fire somewhere.

She was also someone who fought tooth and nail for fairness and justice. Growing up, I was not the most popular kid. In elementary school, I was bullied constantly. She not only comforted me and made sure that I felt safe and loved but also marched to school every day to tell the teachers who were standing by doing nothing to stop the unfair antagonism. She would scream at those who stood by doing nothing until she was red in the face because her son was being mistreated. And because of her actions, the bullies were finally put into place, and I could go to school without fear or dread.

She was a constant beacon throughout my life and someone I treasure dearly and value her opinion. She is someone I constantly go to for her view because I know that she would always give the best advice. I cannot imagine not having her in my life. She is someone who has taught me the right way to lead my life and someone I constantly go to for her advice because I know that she will always lead me to the best solution. I always look up to her, and I try to live my life by her example.

Thank you,

Daniel Levin

# EXHIBIT D

To whom it may concern,

My name is █████ L███; throughout the 14 years I have lived, my mom has shown and taught me always to put my best foot first, whether from the stories she told me or by observing her actions. She always shows kindness wherever she goes. For example, she would always give a dollar or two to those who are in need and ask for a bit of money on the side of the road. Also, whenever there was a decision I needed to make for school, I would always ask my mom what I should do, and she would always give the best advice leading to me making the best decision. She also inspired me to want to become a doctor to save lives. She would always tell me stories of how she learned and became a nurse, which gave me an interest in the field of medicine and an inspiration to be like her and save lives. I also remember all the times she was on the phone making sure patients had taken their medications and were being properly taken care of. The stories she told me and the life lessons she taught through those stories led to me acquiring traits such as honesty and just being a genuinely good person. I love my mom, I am proud of my mom, and I want my mother to stay with me forever.

# EXHIBIT E

To hom to concerN

I know MarianNa Levin long time!
She is very good persoN! Very hard
worker, freindly. She was very busy,
but she came to my mom, and help her.
MarianNa was a nurse for my morther
from 2012-2018 year. She is wonderful,
amazing persoN. Thank her for all
the care you gave to my mom

Marina Kexerman

# EXHIBIT F

To Whom It May Concern

I know Marianna Levin for over 10 years. She had been my mom's, Galina Dudarenko nurse in the past.  Marianna is a very attentive, helpful and caring nurse and a nice person.  My mom and I were satisfied with the Marianna's provided services.

Sincerely,                                                                Eleonora Pinkhasova

                                                                             ███████████████

                                                      Brooklyn, NY, █████

                                                                   ██████████

# EXHIBIT G

**<u>Vladimir Kuvatov</u>**

█████████████████████████

**September 7, 2022**

To Whom It May Concern,

It gives me great pleasure to write a character reference for Marianna Levin. Marianna was the owner of the company Life Quality Home Care Agency Inc. where I was the HR Supervisor in charge of the HR department. In my time working with Marianna her hard working attitude always prevailed. She always wanted her company to succeed and kept the motivation going for all the employees. She made sure all the employees were satisfied and content with their work. To make sure no good employee would leave the company, she would promote them to other positions which in thus made company stronger. She would participate in employees' birthdays to make sure the moral of the company stayed strong and upbeat. She treated her patients just as well as she treated her employees. She spoke to patients with care and respect and always tried to please all the customers of the agency. She made sure all the patients were provided with best possible care intervening when needed with troubled patients or their families. In all Marianna is a caring, hardworking, and kind individual who deserves more praise then can be written. If you have any questions feel free to contact me at my personal number ██████████

Sincerely

*Vladimir Kuvatov*

# EXHIBIT H

09/08/2022

**To whom it may concern,**

My name is Lyudmyla Bereznyak, Marrianna Levin came to me a few days ago requesting for me to write her a letter of personal features.

I have known Marianna for over 4 years when I used to work in Life Quality Homecare Agency as a Payroll Coordinator where she was an Owner of the Company.
As a boss she create the utmost respectful and authority atmosphere around her as well as the company. Our Agency worked with older clients and Marianna always spoke to them in a respectful and professional manner. She wanted to be sure that all Patients are taken care of. Her responsibilities were to ensure all Patients received the best Caregiver per their needs. She supervised the Agencies employees are running their tasks properly and timely .

Her characteristics are patient, understanding, enthusiastic and a hard worker .
She would always lend a helping hand when needed.
Marianna is a family-oriented person who has always presented her selves with level-headedness and grace.

Please do not hesitate to contact me if should require any further information.

Sincerely,

**Lyudmyla Bereznyak**

# EXHIBIT I

To whom it may concern:

My name is Irina Ucer, I know Marianna Levin from 2017, she was my employer. From the first day I seeing in her very sweet, polite and fair person, hard-working, trust worthy and kind hearted, always worrying about others, Marianna Levin very nice person that I ever know.

# EXHIBIT J

To Whom

My name is Rostislav Shvartsburd, I know Marianna Levin for over 35 yers from her childhood. She is a very Loyal, honest, and kind person. She was always ready to help People and give her hand to People in need. Marianna Levin is a very good daughter who is always taking care of her parents. She is very kind and Loyal person.

If you have any questions you can coll

Rostislav Shvartsburd   RSh

# EXHIBIT K

To Whom It May Concern,

I, Bella Berezovsky, have known Marianna Levin for 27 years. Marianna is a wonderful person. She is very reliable and always eager to help other people. She is very knowledgeable in her field. I can always ask her any medical questions and get an answer.

Ten years ago, Marianna helped me with my ██████████. I was afraid to do my ████████ and Marianna offered her assistance to me for free. Because of her assistance, my husband and I became parents. My family is still very grateful for her help.

If you have any questions, please contact me at my cellphone ██████████

Sincerely,

Bella Berezovsky

# EXHIBIT L

# Diana Gluzman

## Brooklyn, NY

September 08th, 2022

To whom it may concern:

I am pleased to write this letter for Marianna Levin.

I have known her since 2019. During this time, I have been consistently impressed by Marianna's kindness, honesty, and generosity, and I confirm my observation by her reputation as a good citizen, based on the opinions of people who know her well.

Marianna is bright, articulated, and hard working. Her enthusiasm for the job comes through in all she does. She has a positive attitude that makes her a pleasure to work with and is one of the reasons why she was well-liked by her co-workers.

Marianna is a good person and has always had morality in his actions. I and many of her friends are convinced that Marianna is a human being with a great heart and a decent person.

All her friends know that she is a person who has a great sense of duty that has always been shown to the other members of the community.

If there is anything additional or specific that you would like to know about her, please feel free to contact me.

Sincerely,

Diana Gluzman

# EXHIBIT M

To Whom It May Concern:

I have known Marianna Levin for over thirty years. Over the course of this time, I've come to know Marianna well. She is a truly good, kind, and honest person who is always quick to lend a helping hand. She is very responsible and trustworthy, and genuinely cares about others and their well-being. She embodies so many wonderful traits that are difficult to find in others these days; and this is what makes having Marianna in my life, as well as in the lives of all who know her, a true blessing.

Thank you,

09/08/2022

Faina Shapiro          Tel.

# EXHIBIT N

September 4, 2022

To whom this may concern,

I wrote this letter on behalf of Mariana Levin whom I know on a personal level for many years. Mariana has always been a quintessential freind. She would give the shirt off her back for you and has always been very loyal, dedicated and truthful in the friendship. Mariana is both smart and caring and loves her family very much. Mariana is fun to be with and will always give good advice. But perhaps what makes Mariana so unique is her ability to be so giving in a society which teaches the opposite. Mariana has always looked for how she can help her freinds and what she can do for others. Even in her professional life she was always willing to give charity care if she knew there was someone in real need. I am grateful that I have a freind like Mariana Levin in my life and hope that you will take her fine character into consideration.

Penina Mezei, LCSW

# EXHIBIT O

To whom it may concern,


My name is Zarina Sokolovskaya, I have known Marianna Levin for 15 years. She is one of the sweetest and most caring people I know. She has one of the biggest hearts I have seen. She is always worried about other people and if they are doing okay. She is always one person who sets the best example for others. She is hard working, trustworthy, and kind hearted. She is one of the best people I know.

Sincerely,

Zarina Sokolovskaya

If you have any questions and concerns please call me at 1 (███████████