UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:      ORDER OF RESTITUTION
    - v. -
:
MARIANNA LEVIN,                             S1 20 Cr. 681 (JPC)
:
        Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Nicholas W. Chiuchiolo and Daniel G. Nessim, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count Three of the above Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.  **Amount of Restitution**

MARIANNA LEVIN, the Defendant, shall pay restitution in the total amount of $36,328,183, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to the victims of the offense charged in Count Three. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### A.  **Joint and Several Liability**

Restitution is joint and several with the other defendants ordered to pay restitution in this case.

2020.01.09

hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

3

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                                  2/1/2023
    DANIEL NESSIM                                                   DATE
    NICHOLAS CHIUCHIOLO
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2486 / 1247


MARIANNA LEVIN

By: _____                                  2/1/2023
    MARIANNA LEVIN                                                  DATE

By: _____                                  2/1/23
    JENNA DABBS, ESQ.                                               DATE
    SEAN HECKER, ESQ.
    Attorneys for Defendant
    Kaplan Hecker & Fink LLP
    350 Fifth Avenue 63rd Floor
    New York, NY 10118

SO ORDERED:

_____                                       2/1/23
HONORABLE JOHN P. CRONAN                                            DATE
UNITED STATES DISTRICT JUDGE

4