# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL  212.763.0889
DIRECT EMAIL shecker@kaplanhecker.com

March 6, 2023

**BY ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl St, Courtroom 12D
New York, New York 10007

*The request is granted. Marianna Levin's date of surrender is adjourned until April 24, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 384.*

*SO ORDERED.*
*Date: March 7, 2023*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re:   *United States v. Marianna Levin,* 20-cr-681 (JPC)

Dear Judge Cronan:

I represent Marianna Levin in the above-captioned case and write, with the consent of the Government and Pretrial services, to request an extension of Ms. Levin's date of surrender which is currently set for April 1, 2023.

Ms. Levin appeared before Your Honor for sentencing on Wednesday, February 1, 2023. We respectfully request that Your Honor adjourn Ms. Levin's surrender date to Monday, April 24, 2023. This adjournment would allow Ms. Levin to observe the Jewish holiday of Passover with her family before her period of incarceration begins.

Respectfully submitted,

Sean Hecker

cc: (by email)
Nicholas Chiuchiolo and Daniel Nessim
Assistant United States Attorneys, Southern District of New York

Meherun Mayer
United States Pretrial Services Officer, Southern District of New York