# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

March 28, 2023

**BY ECF**

The Honorable John Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

      Re:    *United States v. Marianna Levin*, No. 20-cr-00681 (JC) (S.D.N.Y.)

Dear Judge Cronan:

    We represent Marianna Levin in the above-captioned action. We write with the consent of the government to request that the Court modify defendant Marianna Levin's bail conditions to permit her to travel to the District of Connecticut this weekend.

    Ms. Levin wishes to travel to Danbury, Connecticut with her family before her upcoming surrender date to ensure her family knows how to make the trip to FCI Danbury to visit her during her period of confinement there. With the Court's permission, Ms. Levin plans to travel from New York City to FCI Danbury on April 1st or 2nd, 2023 for a short same-day trip.

    Thank you for your attention to this matter.

Respectfully submitted,

Sean Hecker
Jenna M. Dabbs
Alexandra K. Conlon
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118

KAPLAN HECKER & FINK LLP

2

Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com
jdabbs@kaplanhecker.com
aconlon@kaplanhecker.com

cc: AUSAs Nicholas William Chiuchiolo, Nicholas Folly, and Daniel George Nessim (via ECF)

The request is granted. Defendant may travel to the District of Connecticut on April 1 or 2, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 404.

SO ORDERED.
Date: March 29, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge